1   R. Joseph Trojan  CA Bar No. 137,067
2   trojan@trojanlawoffices.com
    Dylan C. Dang  CA Bar No. 223,455
3   dang@trojanlawoffices.com
4   TROJAN LAW OFFICES
    9250 Wilshire Blvd., Suite 325
5   Beverly Hills, CA  90212
6   Telephone:   310-777-8399
    Facsimile:   310-777-8348
7   Attorneys for Plaintiff,
8   NINA PARKINSON

FILED
CLERK, U.S. DISTRICT COURT

SEP 2 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

9
10

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

11   NINA PARKINSON, an individual,      CASE NO. CV 13-07029-R (AJWx)

12          Plaintiff,

13                                       **COMPLAINT FOR FEDERAL**
                                         **TRADEMARK INFRINGEMENT**
14      v.                               **AND UNFAIR COMPETITION; JURY**
                                         **TRIAL DEMANDED**
15   ROBANDA INTERNATIONAL,
16   INC., a California corporation; and
     DOES 1-20, inclusive,
17
18          Defendants.
19
20
21
22
23
24
25
26
27
28

TROJAN LAW OFFICES
Beverly Hills

Plaintiff Nina Parkinson ("Parkinson") hereby complains against Robanda International, Inc. ("Robanda") as follows:

## I.      NATURE OF THE ACTION

1.      This is an action for trademark infringement and counterfeiting arising under the Lanham Act, 15 U.S.C. § 1051, et seq., and under the Anti-Counterfeiting Consumer Protection Act of 1996, 15 U.S.C. § 1116(d) arising from Robanda's willful infringement and counterfeiting of a trademark owned by Parkinson. Robanda's conduct has produced and, unless enjoined by this Court, will continue to produce a likelihood of consumer confusion and deception, to the irreparable injury of Parkinson.  As a result of Robanda's actions, Parkinson is suffering a loss of the enormous goodwill in the trademark and is losing profits from the lost of licensing of the trademark.    This action seeks permanent injunctive relief and damages for Robanda's infringement of Parkinson's intellectual property rights.

## II.      PARTIES

2.      Parkinson is an individual with a place of residence at 9014 Ashcroft Avenue, Hollywood, California 90048.

3.      Upon information and belief, Robanda is a corporation organized and existing under the laws of the State of California, having its principal place of business at 1245 Knoxville Street, San Diego, California 92110.

TROJAN LAW OFFICES
BEVERLY HILLS

### III.   JURISDICTION AND VENUE

4.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338, in that Plaintiff's claims arise under the Lanham Trademark Act, 15 U.S.C. § 1051, *et seq.*

5.     Venue is proper in this district pursuant to 28 U.S.C. § 1391.

### IV.   FACTUAL BACKGROUND

6.     Parkinson is the owner of the "Marilyn" trademark, registered as U.S. Trademark Registration No. 2,723,910 ("Marilyn Mark").   A copy of U.S. Trademark Registration No. 2,723,910 is attached hereto as Exhibit A. The registration of the Marilyn Mark is currently valid, subsisting and in full force and effect, is registered on the Principal Trademark Register of the United States Patent and Trademark Office (USPTO), and is incontestable pursuant to 15 U.S.C. § 1065.

7.     The Marilyn Mark was registered on or about June 10, 2003 by Plasticos Vandux de Colombia, S.A. ("Vandux").   At all times during which Vandux owned the Marilyn Mark, it continuously used the mark in commerce such that the mark was well-known and famous and the goodwill associated with the mark was a valuable asset.

8.     Vandux assigned the Marilyn Mark to Camelot Hair Care Products, LLC ("Camelot") on or about March 10, 2004.   At all times during which Vandux owned the Marilyn Mark, it continuously used the mark in commerce such that the

-2-

mark was well-known and famous and the goodwill associated with the mark was a valuable asset.  The assignment was recorded with the USPTO on March 10, 2004.  A copy of the assignment from Vandux to Camelot is attached hereto as Exhibit B.

9.  Upon assignment of the Marilyn Mark from Vandux, Camelot, dba The Marilyn Brush Company and Marilyn Brush, engaged in the business of selling and distributing various hair care products under the trade name "Marilyn" ("Marilyn Brushes").

10.  In 2009, Robanda purchased from Camelot assets relating to the trade name "Marilyn," including the right to distribute and sell Marilyn Brushes, pursuant to an Asset Purchase Agreement with Camelot.  A copy of the Asset Purchase Agreement is attached hereto as Exhibit C.  The Asset Purchase Agreement provided in relevant part:

> **1.3.  Transfer of Purchased Assets.**  Five (5) years after the closing date, Seller will assist Buyer in any manner necessary for the transfer to Buyer of the ownership of the assets, contracts and commensurate rights, trade names, logos, copyrights, service marks, and trademarks.  During this five (5) year term Buyer shall license all rights for use and distribution thereof under a separate agreement attached as Exhibit 1 and described Trademark License for their exclusive and uninterrupted use.  Five (5) years after the Closing Date and upon completion of the payments as specified in Article 3, Buyer shall own outright, without limitation, all such rights, titles and interests identified therein.

-3-

TROJAN LAW OFFICES
Beverly Hills

11.     As part of the Asset Purchase Agreement with Robanda, Camelot assigned the Marilyn Mark to Parkinson on or about October 1, 2008.  The assignment was recorded with the USPTO on or about October 1, 2008.   A copy of the assignment from Camelot to Parkinson is attached hereto as Exhibit D.   The assignment assigned to Parkinson "all right, title, and interest in and to all good will symbolized by and associated with the business conducted under the Trademark, the right to recover for damages and the profits and all other remedies for past infringement based on such Trademark, and the benefit of any rights at common law that have accrued to the Assignor [Camelot] through the use of the Trademark or otherwise."  As such, Parkinson acquired the right to sue and recover for, and the right to profits or damages due or accrued arising out of or in connection with, any and all past, present or future infringements or dilution of or damage or injury to the Marilyn Mark or the registration thereof or such associated goodwill.  At all times since receiving the assignment of the Marilyn Mark, Parkinson has exercised control and/or ownership over the Marilyn Mark.

12.     In accordance with the Asset Purchase Agreement between Camelot and Robanda, Robanda was given a license by Parkinson to use the Marilyn Mark pursuant to a License Letter Agreement.  A copy of the License Letter Agreement is attached hereto as Exhibit E.

13.     At all times during which Robanda licensed the Marilyn Mark from

-4-

Parkinson, Robanda's use of the mark inured to the benefit of Parkinson.

14.     At all times during which Robanda licensed the Marilyn Mark from Parkinson, Parkinson exercised quality control over the Marilyn Mark pursuant to the License Letter Agreement, which provided:

> During the 5 year period precedent to your ownership of the mark, I [Parkinson] will expect that you [Robanda] will maintain proper control over the products on which this mark is used in regards to quality and efficacy. The brand can never be considered anything but a first class product with high integrity and "customer is always right" support. In order to fulfill these requires, you [Robanda] will provide me [Parkinson] with samples for review every 6 months so that I [Parkinson] may verify the manner in which the mark is used and the quality of the product on which it is affixed.

> The mark maybe [*sic*] used on any and all products in the beauty field, although it is incumbent upon you [Robanda] to provide prototypes and promotional information on any new products for my [Parkinson's] review and comment prior to release. If something is in bad taste I [Parkinson] reserve the right to make this known and expect that you [Robanda] will take the appropriate corrective action.

15.     Robanda failed to provide prototypes, samples, and promotional materials for approval as required by the Licensing Agreement. Robanda launched entirely new product lines using the licensed trademark without informing Parkinson or providing samples as required by the Licensing Agreement. Additionally, Robanda completely ignored its obligation to provide samples of existing products every six months. Nor did Robanda provide "customer is always

-5-

TROJAN LAW OFFICES
BEVERLY HILLS

right" support as required by the Licensing Agreement.  Instead, Robanda severely restricted returns and required customers to pay freight and 20% restocking fees, and did not waive any fees if the customer simply did not like the product.  There is no right to cure for material breaches provided in the Licensing Agreement.  Considering the complete failure to comply with any of the quality control provisions, the Licensing Agreement has been properly terminated.

16.     Robanda has continued to sell the Marilyn Brushes under the Marilyn Mark after the Licensing Agreement was terminated.  *See* Exhibit F. People who purchase these products have no idea that they are getting counterfeit products that are not subject to the same quality standards as products that are officially licensed under the Marilyn Mark by Parkinson.

## V.     FIRST CLAIM FOR RELIEF

## FOR FEDERAL TRADEMARK INFRINGEMENT

## AND COUNTERFEITING

17.     Plaintiff repeats paragraphs 1 through 16, inclusive, and by this reference incorporates those paragraphs herein as if set forth in full.

18.     Robanda's continued use of the Marilyn Mark for the Marilyn Brushes constitutes infringement of Parkinson's Federal Trademark Registration No. 2,723,910 for the Marilyn Mark under § 32 of the Lanham Act, 15 U.S.C. §1114. Such infringement has been done willfully with fully and complete knowledge of

-6-

Parkinson's trademark with the clear intention to trade off the extensive fame and goodwill associated with the Marilyn Mark.

19.     Robanda's acts alleged herein constitutes the use in commerce, without the consent of Parkinson, of a reproduction, counterfeit, copy, or colorable imitation of the Marilyn Mark in connection with the sale, offering for sale, distribution, or advertising of goods, which use is likely to cause confusion or mistake, or to deceive consumers and therefore infringe Parkinson's rights in the Marilyn Mark, all in violation of the Lanham Act. Robanda's use of the counterfeit versions of the Marilyn Mark is willful, intentional, and done with the knowledge that the mark(s) is/are counterfeit mark(s) as defined in the Lanham Act. In the Ninth Circuit, a licensee who continues to use the licensed mark after termination is guilty of counterfeiting.

20.     Robanda's infringing sales and counterfeiting activities are likely to cause confusion, mistake, and deception among members of the trade and the general consuming public as to the origin and quality of such products.

21.     As a direct and proximate result of Robanda's actions, Parkinson has suffered, and will continue to suffer, irreparable injury and other damage to its rights, including the substantial loss of goodwill and reputation of the Marilyn Mark unless and until Robanda is restrained from continuing its infringing and counterfeiting activities.

TROJAN LAW OFFICES
BEVERLY HILLS

22.     Parkinson is entitled to damages in the form of Robanda's profits, treble damages, prejudgment interest, reasonable royalty, statutory damages of $2,000,000 per counterfeit mark per type of goods sold, and attorney fees, and an order permanently enjoining Robanda from further acts of infringement, and an order that all inventory of Robanda's infringing products be destroyed.

## VI.     SECOND CLAIM FOR RELIEF

## FOR UNFAIR COMPETITION UNDER 15 U.S.C. § 1125(a)

23.     Plaintiff repeats paragraphs 1 through 22, inclusive, and by this reference incorporates those paragraphs herein as if set forth in full.

24.     Robanda's continued use of the Marilyn Mark and similar marks for the Marilyn Brushes constitutes unfair competition under 15 U.S.C. §1125(a). Such infringement has been done willfully with fully and complete knowledge of Parkinson's trademark rights with the clear intention to trade off the extensive goodwill associated with the Marilyn Mark.

25.     Robanda's acts alleged herein constitute the use in commerce, without the consent of Parkinson, of a reproduction, counterfeit, copy, or colorable imitation of the Marilyn Mark in connection with the sale, offering for sale, distribution, or advertising of goods, which use is likely to cause confusion or mistake, or to deceive consumers as to the affiliation, connection, or association of Parkinson with Robanda's products, or as to the origin, sponsorship, or approval of

-8-

TROJAN LAW OFFICES
BEVERLY HILLS

its goods.  Robanda's use of the counterfeit versions of the Marilyn Mark is willful, intentional, and done with the knowledge that the mark(s) is/are counterfeit mark(s) as defined in the Lanham Act.

26.    Robanda's marketing and sale of counterfeit goods is likely to cause confusion, mistake, and deception among members of the trade and the general consuming public as to the origin and quality of such products.

27.    As a direct and proximate result of Robanda's actions, Parkinson has suffered, and will continue to suffer, irreparable injury and other damage to its rights, including the substantial loss of goodwill and reputation of the Marilyn Mark unless and until Robanda is restrained from continuing its infringing and counterfeiting activities.

28.    Parkinson is entitled to damages in the form of Robanda's profits, treble damages, prejudgment interest, and reasonable royalty for the counterfeit goods sold, offered for sale, or distributed by Robanda, and attorney fees, and an order permanently enjoining Robanda from further acts of infringement, and an order that all inventory of Robanda's infringing products be destroyed.

### Prayers for Relief

WHEREFORE, Parkinson prays this Court to grant relief as follows:

1.    Declare that Robanda has infringed upon Parkinson's Federal Trademark Registration No. 2,723,910 for the Marilyn Mark;

-9-

2.    Preliminarily and permanently enjoin Robanda, including its officers, agents, and employees, and all persons and entities in active concert or participation with it, from using the Marilyn Mark or any mark confusingly similar to the Marilyn Mark;

3.    Award Parkinson damages in the form of Robanda's profits from its unlawful uses of Parkinson's Marilyn Mark;

4.    Enter judgment that Robanda's acts of infringement have been knowing and willful;

5.    Direct Robanda to pay Parkinson statutory damages in an amount not to exceed two million dollars ($2,000,000) for the sale of products bearing the counterfeit Marilyn Mark;

6.    Order the recall, impounding and destruction of all counterfeit merchandise and materials bearing the Marilyn Mark;

7.    Award Parkinson's costs of suit and reasonable attorney's fees incurred in this action;

8.    Award Parkinson treble damages for Robanda's willful trademark infringement;

9.    For such other and further relief as this Court may deem just and proper.

//

-10-

### Demand for Jury Trial

Parkinson hereby exercises her right to a jury trial under the Seventh Amendment to the United States Constitution and hereby demand a jury trial in accordance therewith.

Respectfully submitted,

TROJAN LAW OFFICES
By

R. Joseph Trojan
Attorneys for Plaintiff,
Nina Parkinson
Email: trojan@trojanlawoffices.com

-11-

# EXHIBIT A

All Trademark documents should now be available to members of the public using Trademark Status and Document Retrieval (TSDR). Thanks to all who reported difficulties viewing and downloading documents. Your reports were a great help to the office in diagnosing and solving the problem. If you continue to have issues with TSDR please e-mail TSDR@uspto.gov.

STATUS    DOCUMENTS                                    Back to Search              Print

**Generated on:** This page was generated by TSDR on 2013-09-17 17:06:47 EDT

**Mark:** MARILYN

**US Serial Number:** 76431805                    **Application Filing Date:** Jul. 18, 2002

**US Registration Number:** 2723910                 **Registration Date:** Jun. 10, 2003

**Register:** Principal

**Mark Type:** Trademark

**Status:** The registration has been renewed.

**Status Date:** Jun. 24, 2013

**Publication Date:** Mar. 18, 2003

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## Maintenance Filings or Post Registration Information

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

# EXHIBIT B

FROM : VANDUX DE COLO⌐⌐⌐ .A,         PHONE NO. : 57 5 3536851         MAR. 09 2004 12:17PM P1
  :t By:-FKOG8*FTL--KAIN:           954 788 0158:         Mar.09.04 10:38AM:         Page 3/3

ASSIGNMENT

WHEREAS, Plasticos Vandux de Colombia S.A., a Colombian corporation, with a principal place of business at Via 40 No. 79B-145, Barranquilla Colombia, is the owner of the trademark MARILYN with a stylized I, registered in the United States under Certificate No. 2,723,910 on June 10, 2003; and

WHEREAS, Camelot Hair Care Products, LLC, a Florida limited liability corporation, having a principal place of business at 2080 N.W. 79th Avenue, Miami, Florida 33122 is desirous of acquiring said registered trademark.

NOW, THEREFORE, in consideration of the sum of Ten ($10.00) Dollars and other good and valuable consideration, the receipt of which is hereby acknowledged, Plastics Vandux de Colombia S.A. hereby assigns to Camelot Hair Care Products, LLC all right, title and interest in the United States in and to said trademark, Reg. No. 2,723,910, together with the goodwill of the business symbolized by said trademark and registration thereof.

Signed at _Barranquilla Col_ this _9th_ day of _March_, 2004.

Plasticos Vandux de Colombia S.A.

By: _____
    Alberto Lee Bigio.

Title: _President_.

<G:\partidas .docs\FKX\CLENT\Vandux\I371-4 trm asslgnmon.wpd>

FK-000397

# EXHIBIT C

# ASSET PURCHASE AGREEMENT

This ASSET PURCHASE AGREEMENT ("Agreement") is made and entered into as of December 1, 2008, (the "Closing Date") by and between, Camelot Hair Care Products, LLC, a Florida Limited Liability Company ("Seller") conducting business in Ft. Pierce, Florida; and Robanda International Inc, a California Corporation ("Buyer") conducting business in San Diego California, all of which may be collectively referred to as ("the Parties").

## RECITALS

A. Seller is engaged in the business of the sale and distribution of various hair care products, which operates under the names "Camelot Hair Care Products, LLC and (and DBA The Marilyn Brush Company; DBA Marilyn Brush, and DBA Chair Talk (the "Business") in the State of Florida conducting business in Ft. Pierce, Florida.

B. Buyer desires to purchase from Seller certain assets of Seller related to the Business, including the inventory, goodwill, product distribution rights, and other assets of the Business listed in this Agreement.

C. Subject to the terms and conditions contained in this Agreement, Seller desires to sell to Buyer, and Buyer agrees to purchase from Seller, certain assets of Seller related to the Business.

NOW, THEREFORE, in consideration of the mutual covenants, representations, and warranties contained in this Agreement, the parties agree as follows:

## ARTICLE 1.
## PURCHASE AND SALE OF ASSETS

**1.1 Recitals Part of Agreement.** The Recitals are incorporated into and are a part of this Agreement.

**1.2. Purchase and Sale of Assets.** Seller agrees to sell to Buyer, and Buyer agrees to purchase from Seller at Closing all of Seller's right, title, and interest in and to all of the assets identified herein and on the attached Schedule 1 and designated as (the "Assets"), with the following limitations:

    (a) All customer lists, customer files, accessories, equipment, inventory, and any other property listed on the Asset List;

    (b) All contracts, agreements, license agreements, assignments, web site, domain name and related access, warranties, and other rights or agreements; listed on Schedule 2 (the "Contracts");

    (c) All rights, title, and interest in and to the trade names, logos, copyrights, service marks, trademarks, (with limitations as identified in section 1.2) licenses, and goodwill associated with the Business listed on Schedule 3 (the "Intangible Property");

Asset Purchase Agreement
Buyer: Robanda International
Seller: Camelot Hair Care Products, LLC
Page 1 of 13
November 29, 2008 (draft 4)

1.3. Transfer of Purchased Assets. Five (5) years after the closing date, Seller will assist Buyer in any manner necessary for the transfer to Buyer of the ownership of the assets, contracts and commensurate rights, trade names, logos, copyrights, service marks, and trademarks. During this five (5) year term Buyer shall license all rights for use and distribution thereof under a separate agreement attached as Exhibit 1 and described Trademark License for their exclusive and uninterrupted use. Five (5) years after the Closing Date and upon completion of the payments as specified in Article 3, Buyer shall own outright, without limitation, all such rights, titles and interests identified herein.

1.4. Excluded Assets. Any Assets not specifically identified herein, or listed on the attached schedule shall be executed from this transaction and shall remain the property of Seller.

1.4. Permitted Liens. Seller shall convey title of the Assets to Buyer free and clear of all liens, security interests, and encumbrances of any kind or nature, other than those items listed on Schedule 4 (the "Permitted Liens").

1.6. Risk of Loss.   Seller assumes all risk of loss or damage to the Assets prior to the Closing. In the event there is any material loss or damage to all or any portion of the Assets prior to the Closing, Buyer may either terminate this Agreement pursuant to Article 12, or negotiate with Seller for a proportionate reduction in the Purchase Price to reflect the loss or damage. For the purposes of this provision, the term "material loss or damage" shall mean any loss or damage to the Assets with an aggregate cost of $250,000.

## ARTICLE 2.
## ASSUMPTION OF LIABILITIES

2.1. Assumption of Liabilities. Effective as of the Closing Date (as defined below), and in addition to any other liabilities expressly assumed by Buyer under this Agreement, Buyer shall assume responsibility for the performance and satisfaction of all of the executory obligations and liabilities of Seller listed on Schedule 5 (the "Assumed Liabilities").

2.2. Excluded Liabilities. Seller shall retain ownership for all existing not referenced in this agreements, as well as accounts payable of the business. Except as expressly provided in this Agreement, Buyer shall not assume or become liable for any obligations, commitments, or liabilities of Seller, whether known or unknown, absolute, contingent, or otherwise, and whether or not related to the Assets, including, without limitation, any employment, business, sales, or use tax relating to Seller's operation of the Business and use and ownership of the Assets prior to the Closing.

## ARTICLE 3.
## PURCHASE PRICE

3.1. Purchase Price. The purchase price to be paid by Buyer to Seller for the Assets (the "Purchase Price") shall be as follows:

3.1.1    Upon execution of this Agreement Buyer shall pay Seller the total amount of One Hundred Fourteen Thousand, Four Hundred Fifty Dollars and 62/100 ($114,450.62.) which represents the current value of the inventory. Two separate payments shall be made to Sellers.

a.    A payment in the amount of $9284.12 shall be paid on Sellers behalf directly to lien holder Presidential Financial Corporation.

b.    A payment in the amount of $105,166.50 shall be paid directly to the Seller.

Asset Purchase Agreement
Buyer: Robanda International
Seller: Camelot Hair Care Products, LLC
Page 2 of 13
November 29, 2008 (draft 4)

**3.2. Payment of Purchase Price.** Buyer shall make the payments referenced in Article 3 herein upon execution of this and all associated agreements attached hereto.

**3.3. Tax Effect.** The parties agree to abide by the allocation of the Purchase Price specified in this Agreement, and agree to report the transaction as so allocated for income tax purposes.

## ARTICLE 4.
## CLOSING

**4.1. Time and Place of Closing.** The closing for the purchase and sale of the Assets (the "Closing") shall be held at San Diego California, or at such other time and place as the parties may mutually agree in writing (the "Closing Date"). At Closing, Buyer shall send by wire transfer the payments as specified in Section 3.1.1 herein. Seller shall immediately thereafter ship, transfer and convey title to the Assets to Buyer as provided in this Agreement.

**4.2. Seller's Closing Obligations.** At the Closing, Seller shall execute, acknowledge, and deliver, as appropriate, each of the following items:

(a) A duly executed bill of sale (the "Bill of Sale"), in substantially the form attached as Exhibit 3 and incorporated by reference, conveying all of Seller's right, title, and interest in any Personal Property which may be included.

(b) A duly executed assignment of contracts (the "Assignment of Contracts") in substantially the form attached as Exhibit 4 and incorporated by reference, pursuant to which Seller shall assign to Buyer all of its right, title and interest in and to, and Buyer shall accept and assume all of Seller's obligations in respect of the Contracts.

(c) A duly executed assignment of intangible property (the "Assignment of Intangible Property") in substantially the form attached as Exhibit 5 and incorporated by reference, assigning all of Seller's right, title, and interest in the Intangible Property to Buyer.

(e) All other deeds, bills of sale, motor vehicle titles, warranty deeds, assignments, endorsements, licenses, and other good and sufficient instruments and documents of conveyance and transfer as shall be necessary and effective to transfer, convey, and assign to Buyer at the Closing all of Seller's right, title, and interest in and to the Assets, free and clear of any liens or encumbrances other than the Permitted Liens, as required by the terms of this Agreement.

(f) Seller shall immediately upon the closing date, arrange for the filing of, and provide a copy of the UCC-1 release and Certificate of Release related to the lien holder Presidential Financial Corporation

**4.3. Buyer's Closing Obligations.** At the Closing, Buyer shall execute, acknowledge, and deliver, as appropriate, each of the following items:

(a) Executed counterparts of any documents required to be signed by Buyer pursuant to this Agreement, including, but not limited to, the Assignment of Contracts and Assignment of Trademark.

(b) All other instruments and documents necessary to consummate the transactions contemplated by

Asset Purchase Agreement
Buyer: Robanda International
Seller: Camelot Hair Care Products, LLC
Page 3 of 13
November 29, 2008 (draft 4)



this Agreement.

(c) Produce copies of all intellectual property certificates subject to this agreement.

4.4. **Expenses of Closing.** The expenses of Closing shall be paid as follows:

(a) Seller shall pay all sales and use taxes arising out of the transfer of the Assets, if any;

(b) Except as otherwise expressly provided in this Agreement, all other Closing fees and costs, including, but not limited to, accounting fees, consulting fees, and other incidental expenses in connection with the transactions contemplated by this Agreement shall be borne by the party that incurs the expenses. This provision shall exclude the legal fees associated with the drafting of this and other legal documents as specified in section 14.6 of this agreement.

4.5. **Proration of Expenses.** Except as otherwise expressly provided in this Agreement, all expenses associated with the Assets being conveyed to Buyer, or this transaction, shall be apportioned ratably between the parties as of the Closing Date on the basis of a 30-day month. This obligation to make apportionments shall survive the Closing.

## ARTICLE 5.
## REPRESENTATIONS AND WARRANTIES OF SELLER

5.1. **Seller's Representations and Warranties.** Seller makes the following representations and warranties to Buyer, each of which is true and correct as of the date of this Agreement, and will be true and correct as of the Closing Date:

(a) Seller is a Limited Liability Company, duly organized, validly existing, and in good standing under the laws of the state of its organization, and is qualified to transact business in the State of Florida.

(b) Seller has full legal power and authority to enter into and perform this Agreement, and this Agreement constitutes the valid and binding obligation of Seller, enforceable in accordance with its terms.

(c) The execution and delivery of this Agreement does not conflict with, violate, or constitute a default under the terms, conditions, or provisions of any agreement or instrument to which Seller is a party, or any law, judgment, or order of which Seller is aware, and will not result in the creation of any lien, security interest, or encumbrance on any of the Assets.

d) Except as identified in "Litigation in Progress" to this document as Schedule 6, there are no actions, suits, proceedings, or claims now pending or, to the best of Seller's knowledge, threatened against Seller or the Assets that would affect Seller's ability to fulfill its obligations under this Agreement or that would impair the value of the Assets.

(e) Seller has, and will have at Closing, good and marketable title to the Assets free and clear of all liens, charges, and encumbrances other than the Permitted Liens and Litigation in Progress.

(f) Seller has provided Buyer with true and correct copies of all Contracts. To Seller's knowledge, all of the Contracts are in full force and effect, have been duly executed by the parties, and neither Seller nor any other party is in default under any Contract.

(h) Seller has provided Buyer with true and correct copies of all documents evidencing Seller's rights in the Intangible Property. To Seller's knowledge, each agreement, instrument, or license with respect to

Asset Purchase Agreement
Buyer: Robanda International
Seller: Camelot Hair Care Products, LLC
Page 4 of 13
November 29, 2008 (draft 4)

the Intangible Property is in full force and effect, and neither Seller nor any other party is in default under any such agreements.

(i) Seller is not a party to, or otherwise bound by, any employment contracts, collective bargaining agreement, multi-employer pension fund, or other labor union agreement with respect to any persons employed by Seller in connection with its operation of the Business.

**5.2. Continuation of Trademark Infringement Litigation.** Seller warrants that it shall diligently pursue all aspects of the ongoing infringement of the "Marilyn Trademark" owned by Seller and/or assigned and transferred under this or other associated agreements. Seller shall bear all costs associated with any and all continuing litigation.

**5.3. Adverse Actions.** If any unknown or undisclosed adverse actions are commenced or executed against Seller, or Buyer as a consequence of this transaction, Buyer shall be authorized under this agreement to reduce the quarterly payments by the amount of any expenses, costs, fees or charges incurred. Buyer shall provide seller with a summary of any such reductions. Seller further agrees to defend and hold harmless Seller for any actions contemplated by this Section.

**5.4. Correctness of Representations.** No representation or warranty of Seller in this Agreement or any other information furnished by Seller pursuant to this Agreement contains any untrue statement of material fact or fails to state any fact necessary in order to make the statements not misleading in any material respect. All statements, representations, and other information provided by Seller to Buyer shall be true and correct on and as of the Closing Date as though made on that date.

### ARTICLE 6.
### REPRESENTATIONS AND WARRANTIES OF BUYER

**6.1. Buyer's Representations and Warranties.** Buyer makes the following representations and warranties to Seller, each of which is true and correct as of the date of this Agreement and shall be true and correct as of the Closing Date:

(a) Buyer is a California Corporation, duly organized, validly existing, and in good standing under the laws of the state of its organization, and is qualified to transact business in the State of California.

(b) Buyer has full legal power and authority to enter into and perform this Agreement, and this Agreement constitutes the valid and binding obligation of Buyer, enforceable in accordance with its terms.

(c) The execution and delivery of this Agreement does not conflict with, violate, or constitute a default under the terms, conditions, or provisions of any agreement or instrument to which Buyer is a party, or any law, judgment, or order of which Buyer is aware, and will not result in the creation of any lien, security interest, or encumbrance on any of the Assets.

(d) There is no action, proceeding, or claim pending, or, to Buyer's knowledge, threatened, against Buyer that would affect Buyer's ability to consummate the transactions contemplated by this Agreement.

(e) No consent, approval, or authorization of or declaration, filing, or registration with any governmental or regulatory authority is required in connection with the execution, delivery, and performance by Buyer of this Agreement or the consummation of the transactions contemplated by the

Asset Purchase Agreement
Buyer: Robanda International
Seller: Camelot Hair Care Products, LLC
Page 5 of 13
November 29, 2008 (draft 4).



Agreement.

6.2. **Correctness of Representations.** No representation or warranty of Buyer in this Agreement or any other information furnished by Buyer pursuant to this Agreement contains any untrue statement of material fact or fails to state any fact necessary in order to make the statements not misleading in any material respect. All statements, representations, exhibits, and other information provided by Buyer to Seller shall be true and correct on and as of the Closing Date as though made on that date.

## ARTICLE 7.
## SELLER'S PRE-CLOSING OBLIGATIONS

7.1. **Maintenance of Property Pending Closing.** At all times prior to the Closing Date, Seller shall continue to maintain the Assets and conduct its operation of the Business in the same manner as they have been maintained and operated by Seller prior to the execution of this Agreement.

7.2. **Access and Information.** Seller shall promptly provide Buyer with all information concerning the Business and the Assets that Buyer may reasonably request, and Buyer and its accountants and other representatives shall have access during normal business hours to all of the Assets in any way related to this and to the books and records thereof.

7.3. **Consents.** On or before the Closing Date, Seller, at its expense, shall obtain all necessary consents required to assign Seller's interest in any of the Assets to Buyer as contemplated by this Agreement. In the event Seller is unable to obtain any such consent on or before the Closing Date, Buyer may terminate this Agreement as provided in Article 12.

7.4. **Discharge of Liens.** All liens, claims, charges, security interests, pledges, assignments, or encumbrances relating to the Assets that are not Permitted Liens shall be satisfied, terminated, and discharged by Seller on or prior to the Closing Date and evidence reasonably satisfactory to Buyer and its counsel of the satisfaction, termination, and discharge shall be delivered to Buyer at or prior to the Closing including but not limited to the obligation specifically identified in section 4.2 (f) of this agreement.

7.5 **Notice to Seller's Customers.** Seller shall arrange for the written notice to all existing customers, vendors and other interested parties, informing them of the change in the distribution rights and ownership of the assets and other property referenced in this agreement.

7.6 **Assignment of Contracts, Licenses and Intellectual Property.** Seller shall execute all documents and facilitate in the execution of all contemporaneous documents associated with the transfer of all third party agreement related to this transaction.

7.7. **Employee Matters.** Corrie Richards, ("Richards") who is currently an employee of Seller, shall be retained by Robanda as a salaried "at will" employee as defined by the California Labor Code. Buyer will assume payment of Richards' current salary of Seventy-Five Thousand Dollars ($75,000.00) per year. Additionally, Buyer shall assume responsibility commencing December 1, 2008 for any additional compensation, which may include taxes, insurance, and other benefits and amounts relating to Richards. Currently these include (1) a auto lease payment for 2009 Toyota Camry in the amount of $292.64 per month, (2) health insurance benefits commensurate with her current coverage, and (3) cellular phone service.

   7.7.1   Seller shall indemnify and hold Buyer harmless from any claims made against Buyer

Asset Purchase Agreement
Buyer: Robanda International
Seller: Camelot Hair Care Products, LLC
Page 6 of 13
November 29, 2008 (draft 4).

with respect to Sellers other Employee obligations. Buyer shall not assume or in any way become responsible or liable for any compensation, taxes, insurance, or other benefits and amounts payable by Seller on account of any of its employees, excluding Richards referenced in Section 7.7 herein..

## ARTICLE 8.

## MUTUAL COVENANTS

**8.1. Further Assurances.Prior to Closing.** Seller and Buyer shall, prior to Closing, execute any and all documents and perform any and all acts reasonably necessary, incidental, or appropriate to effect the transactions contemplated by this Agreement.

**8.2. Notification of Changed Circumstances.** At any time after the Execution Date and prior to the Closing, if either party becomes aware of any fact or circumstance that would materially change a representation or warranty made under this Agreement, the party with knowledge of those facts shall notify the other in writing as soon as possible after the discovery of the changed circumstances.

**8.3. Waiver of Compliance with Bulk Sales Law.** Buyer waives compliance with the provisions of Division 6 of the California Uniform Commercial Code relating to bulk transfers in connection with the transactions contemplated by this Agreement. Seller agrees to indemnify and hold Buyer harmless from any and all costs arising as a result of the waiver, including reasonable attorney fees and expenses that may be incurred by Buyer in any legal proceedings instituted or threatened as a result of the waiver..

**8.4. Broker's Fees.** Each party represents and warrants that no broker, finder, or any other person or entity has any claim for any brokerage commissions or fees in connection with any of the transactions contemplated by this Agreement. Each party shall indemnify the other against any claim or loss suffered as a result of any claim for brokerage commissions or fees payable, or claimed to be payable, on the basis of any actions in connection with this Agreement.

## ARTICLE 9.

## CONDITIONS PRECEDENT TO OBLIGATIONS OF BUYER

**9.1. Buyer's Conditions.** The obligation of Buyer to consummate the transactions contemplated by this Agreement shall be subject to the satisfaction, on or before the Closing Date, of each of the following conditions:

(a) The representations and warranties of Seller set forth in Article 5 shall be true and correct as of the Closing Date.

(b) Seller shall have performed and complied with all of the agreements, covenants, and conditions required of Seller by this Agreement on or before the Closing Date;

(c) No action, suit, or proceeding before any court or any governmental body or authority that would in any way affect the Assets or the ability of the parties to consummate the transactions contemplated by this Agreement shall have been instituted or threatened on or before the Closing Date.

(d) The Assets shall be subject to inspection upon receipt by Buyer. The Assets shall be in substantially the same condition on the Closing Date as on the Execution Date, and there shall be no loss or damage to the property prior to the Closing;

Asset Purchase Agreement
Buyer: Robanda International
Seller: Camelot Hair Care Products, LLC
Page 7 of 13
November 29, 2008 (draft 4)

(e) Seller shall have obtained all necessary agreements and consents of any parties required to consummate the transactions contemplated by this Agreement.

(f) Buyer shall have received corporation tax clearance certificates from the Florida State Sales Tax Department (with respect to Seller's sales and use tax liabilities) and the Florida State Employment Tax Department (with respect to Seller's employment tax obligations), as well as any other relevant taxing agencies as of December 1, 2008.

(g) Buyer shall have received a Certificate of Release from Presidential Financial Corporation stating that, as of December 2, 2008 , no contributions, interest, or penalties are due from Seller and that all existing liens on Seller's inventory has been terminated.

**9.2. Non-Circumvention.** Seller agrees that Seller will not disrupt, damage, impair or interfere with the business of Buyer by way of interfering with or disrupt Buyer's relationships with its customers, potential customers, agents, vendors, representatives or otherwise. Seller further agrees that Seller will not, directly or indirectly, for Seller or on behalf of, or in conjunction with any other person, firm, partnership, corporation or entity, divert or take away or attempt to divert or take away, call on or solicit or attempt to solicit the business or patronage of any of Buyer's customers, patrons and/or suppliers, existing or potential.

**9.3. Further Assurances; Further Assistance.** Seller and Buyer shall, without charge to each other, after Closing, execute and deliver or cause to be executed and delivered, to the other, such further instruments, documents and conveyances and shall take such other action as may be reasonably required to more effectively carry out the terms and provisions of this Agreement. Such further instruments, documents and conveyances shall be in form and substance acceptable to Buyer and Seller. Further, Seller shall provide Buyer with any information or support requested by Buyer regarding various aspects of the Assets, as related to this transaction, at no charge or cost to Buyer, commencing upon execution of this Agreement and continuing until six (6) months following Closing. Upon Buyer's request Seller shall provide such support by making available the person(s) most knowledgeable about the Assets and the operation thereof for telephonic consultation, and for periodic meetings with BAI. Additionally, Seller shall exercise its best efforts in identifying its sales terms, product pricing and discounting policies and procedures as previously utilized by Seller.

**9.4. Failure to Satisfy Buyer's Conditions.** Any of Buyer's conditions precedent may be waived in whole or in part by Buyer in writing at any time on or before the Closing Date. In the event all Buyer's conditions precedent have not been waived by Buyer or satisfied in full on or before the Closing Date, Buyer may elect to terminate this Agreement as provided in Article 12.

**ARTICLE 10.**
**CONDITIONS PRECEDENT TO OBLIGATIONS OF SELLER**

**10.1. Seller's Conditions.** The obligation of Seller to consummate the transactions contemplated by this Agreement shall be subject to the satisfaction, on or before the Closing Date, of each of the following conditions:

(a) The representations and warranties of Buyer set forth in Article 6 shall be true and correct as of the Closing Date.

(b) Buyer shall have performed and complied with all of the agreements, covenants, and

Asset Purchase Agreement
Buyer:Robanda International
Seller: Camelot Hair Care Products, LLC
Page 8 of 13
November 29, 2008 (draft 4)

conditions required of Buyer by this Agreement on or before the Closing Date.

**10.2.  Failure to Satisfy Seller's Conditions.**  Any of Seller's conditions precedent may be waived in whole or in part by Seller in writing at any time on or before the Closing Date. In the event all Seller's conditions precedent have not been waived by Seller or satisfied in full on or before the Closing Date, Seller may elect to terminate this Agreement as provided in Article 12.

## ARTICLE 11.
## POST-CLOSING OBLIGATIONS

**11.1.  Additional Assurances.**  Each party agrees to do all acts and things and to make, execute, and deliver such written instruments as shall be reasonably necessary to carry out the terms and provisions of this Agreement. This covenant of further assurances shall survive the Closing.

**11.2.  Inventory Exceptions.**  In addition to the inventory as described in Schedule 1 attached, Buyer shall ship to Seller the products referred to generally as the Kaliente Line listed as Schedule 7 attached is currently valued at $26,663.50 .  The parties agree that Buyer shall take possession of this product line and shall make their best effort to sell such inventory.  When the inventory is sold, Buyer shall compensate Seller each calendar quarter based on the commission amounts as described in the Services Contract and executed by Seller in conjunction with this agreement.  Seller shall have no obligation to sell this inventory and any unsold product may be returned to Seller at Sellers expenses at any time during the term of this transaction. Seller shall not pay Buyer for the storage nor holding of this product line, and upon the request of Seller shall return to Seller, at Sellers expense, all unsold portions of this Kaliente Line. Based on the mutual agreement of the Parties, Buyer may also return any inventory to Seller, if for any reason Seller disagrees with the intended discounts.

**11.3.  Covenant Not to Compete.**  Seller agrees that it shall not engage, directly or indirectly, in any business that is the same as or similar to the Business for a period of five (5) years, or until such time as Buyer ceases to operate a like business, whichever occurs first.

## ARTICLE 12.
## TERMINATION

**12.1. Termination.**  This Agreement may be terminated as follows:

(a) By the mutual consent of Buyer and Seller at any time prior to the Closing;

(b) By Buyer at any time prior to the Closing as expressly provided in this Agreement; or if any condition precedent to Buyer's obligations set forth in Article 9 has not been satisfied in full or previously waived by Buyer in writing, at or prior to the Closing.

(c) By Seller at any time prior to the Closing as expressly provided in this Agreement; or if any condition precedent to Seller's obligations set forth in Article 10 has not been satisfied in full or previously waived by Buyer in writing, at or prior to the Closing;

(d) By either party if the Closing has not occurred on or before December 10, 2008.

**12.2.  Effect of Termination.**  In the event of the termination of this Agreement pursuant to the provisions of this Article 12, this Agreement shall become void and have no effect, without any liability on the part of any of the parties.

Asset Purchase Agreement
Buyer: Robanda International
Seller: Camelot Hair Care Products, LLC
Page 9 of 13
November 29, 2008 (draft 4)

**12.3. Remedies Cumulative.** The remedies set forth in this Agreement are cumulative and not exclusive of any other legal or equitable remedy otherwise available to any party.

## ARTICLE 13.
## INDEMNIFICATION

**13.1. Seller's Indemnification.** In addition to any other agreement on the part of Seller to indemnify Buyer set forth in this Agreement, Seller shall indemnify and hold Buyer harmless from and against any and all loss, cost, damage, claim, liability, or expense, including reasonable attorney fees and costs, in any way arising from or related to (a) Seller's ownership or use of the Assets, or Seller's operation of the Business, prior to the Closing Date, (b) the failure or falsity of any representation or warranty of Seller contained in this Agreement, or (c) the failure by Seller to observe or perform any other covenant or agreement to be observed or performed by Seller under this Agreement.

**13.2. Buyer's Indemnification.** In addition to any other agreement on the part of Buyer to indemnify Seller set forth in this Agreement, Buyer shall indemnify and hold Seller harmless from and against any and all loss, cost, damage, claim, liability, or expense, including reasonable attorney fees and costs, in any way arising from or related to Buyer's ownership or use of the Assets from and after the Closing Date.

**13.3. Survival of Indemnities.** The mutual agreements to indemnify set forth in this Article 13 shall survive the Closing.

## ARTICLE 14.
## GENERAL PROVISIONS

**14.1. Assignment.** The respective rights and obligations of the parties to this Agreement may not be assigned by any party without the prior written consent of the other, which consent may not be unreasonably withheld or delayed.

**14.2. Successors and Assigns.** The terms and provisions of this Agreement shall be binding on and inure to the benefit of the successors and assigns of the parties.

**14.3. Entire Agreement.** This Agreement constitutes the entire agreement between the parties with respect to the subject matter of this Agreement and supersedes all prior agreements, oral and written, between the parties hereto with respect to the subject matter of this Agreement.

**14.4. Modification and Waiver.** This Agreement may not be amended, modified, or supplemented except by written agreement signed by the party against which the enforcement of the amendment, modification, or supplement is sought. No waiver of any of the provisions of this Agreement shall be deemed, or shall constitute, a waiver of any other provision. No waiver shall be binding unless executed in writing by the party making the waiver.

**14.5. Attorney Fees.** If any legal action or other proceeding is brought to enforce the provisions of this Agreement, the prevailing party shall be entitled to recover reasonable attorney fees and other costs incurred in the action or proceeding, in addition to any other relief to which the prevailing party may be entitled.

**14.6. Fees and Expenses.** Except as otherwise specifically provided in this Agreement, Seller and Buyer shall pay their own fees and expenses in connection with the negotiation and consummation of the

Asset Purchase Agreement
Buyer: Robanda International
Seller: Camelot Hair Care Products, LLC
Page 10 of 13
November 29, 2008 (draft 4)

transactions contemplated by this Agreement. The parties further agree that the legal fees for the drafting of this agreement and related documents shall be equally shared.

14.7. Notices.  All notices, requests, demands, and other communications required by this Agreement shall be in writing and shall be (a) delivered in person or by courier, (b) mailed by first class registered or certified mail, or (c) delivered by facsimile transmission, as follows, or to such other address as a party may designate to the other in writing:

    (i)  If to Seller:  ~~Camelot~~
        Anthony J. Parkinson
        ~~1901 N. Clark Dr~~  Box 400
        ~~Jensen Beach, FL 34957~~  Jensen 34958
        ~~Miami, FL 33122~~  Beach, FL

    (ii)  If to Buyer:
        David Leib
        Robanda International
        1245 Knoxville St
        San Diego, CA 92110

With a courtesy copy to:
    LAW OFFICES OF DIANA CIMINO
    352 Third Street Suite 308
    Laguna Beach, CA 92651

        If delivered personally or by courier, the date on which the notice, request, instruction, or document is delivered shall be the date on which the delivery is made, and if delivered by facsimile transmission or mail as aforesaid, the date on which the notice, request, instruction, or document is received shall be the date of delivery.

14.8. Headings.  All section headings contained in this Agreement are for convenience of reference only, do not form a part of this Agreement, and shall not affect in any way the meaning or interpretation of this Agreement.

14.9. Interpretation.  This Agreement has been negotiated at arm's length between persons knowledgeable in the matters addressed herein.  Each Party hereby represents that he, she or it has been represented or had the opportunity to be represented by experienced and knowledgeable legal counsel. Accordingly, any rule of law, including without limitation, Civil Code section 1654, or any other statutes, legal decisions or common law principles of similar effect, which would require interpretation of any ambiguities in this Agreement against the party that has drafted it is of no application and is hereby expressly waived.

14.10. Arbitration.  Any claim, dispute or controversy arising out of or in connection with or relating to this Agreement or the breach or alleged breach thereof shall be submitted by the Parties to binding arbitration before a mutually agreeable arbitrator.  In the event the Parties are unable to agree upon an arbitrator, then any and all claims, disputes or controversies arising out of or in connection with or relating to this Agreement or the breach or alleged breach thereof shall be submitted by the Parties to binding arbitration before and according to the Commercial Arbitration Rules of the American Arbitration Association ("AAA") before the AAA offices in San Diego, California by a single arbitrator.  All awards

Asset Purchase Agreement
Buyer: Robanda International
Seller: Camelot Hair Care Products, LLC
Page 11 of 13
November 29, 2008 (draft 4)

of the arbitrator shall be binding and nonappealable. Judgment upon the award of the arbitrator may be entered in any court having jurisdiction. The prevailing party in any arbitration shall be entitled to receive his reasonable attorney's fees and costs as awarded by the arbitrator. All parties to this Agreement shall be entitled to the benefits provided by California Code of Civil Procedure section 1283.05 in any arbitration proceeding.

**14.11. Counterparts.** This Agreement may be executed in two (2) or more counterparts, all of which shall be considered one and the same agreement, and shall become effective when one counterpart has been signed by each party and delivered to the other party hereto.

**14.12. Time of Essence.** Time shall be of the essence with respect to the obligations of the parties to this Agreement.

**14.13. Governing Law.** This Agreement shall be governed by and construed under the laws of the State of California.

**14.14. Severability.** In the event any provision of this Agreement is deemed to be invalid, illegal, or unenforceable, all other provisions of the Agreement that are not affected by the invalidity, illegality, or unenforceability shall remain in full force and effect.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date of this Agreement.

SELLER:
CAMELOT HAIR CARE PRODUCTS,
A Florida Limited Liability Company

_____     Date _____
Anthony J. Parkinson
President

BUYER:
ROBANDA INTERNATIONAL, INC.,
a California Corporation

_____     Date _____
David Lelb,
President

Asset Purchase Agreement
Buyer: Robanda International
Seller: Camelot Hair Care Products, LLC
Page 12 of 13
November 29, 2008 (draft 4)



# EXHIBIT D

## Schedule A

### TRADEMARK ASSIGNMENT

WHEREAS, Camelot Hair Care Products, LLC, a limited liability company of the State of Florida, having a place of business at 4304 South US 1, Fort Pierce, Florida 34982 (the "Assignor"), has adopted and used in commerce the trademark MARILYN (the "Trademark") and is the owner of U.S. Registration No. 2,723,910 (the "Registration") used in connection with hair brushes in International Class 21 of the Trademark; and

WHEREAS, Nina T. Parkinson, an individual, whose mailing address is 9014 Ashcroft Avenue, West Hollywood, California 90048-1705 (the "Assignee"), is desirous of acquiring all rights, title and interests in and to the Trademark and Registration, and the good will associated therewith.

NOW, THEREFORE, in consideration of good and valuable consideration, the receipt and sufficiency of which is acknowledged, effective as of September 30, 2008 by this document, Assignor sells, assigns, conveys and transfers to the Assignee, all rights, title and interests in and to the Trademark and Registration and any renewals thereof, in and to all good will symbolized by and associated with the business conducted under the Trademark, the right to recover for damages and profits and all other remedies for past infringement based on such Trademark, and the benefit of any rights at common law that have accrued to the Assignor through the use of the Trademark or otherwise.

**Camelot Hair Care Products, LLC:**

By: _____
    Authorized Representative

Print Name: ANTHONY PARKINSON

Title: Managing Member

STATE OF FLORIDA
COUNTY OF ST LUCIE

On this 1st day of October, 2008, Anthony Parkinson of Camelot Hair Care Products, LLC personally appeared before me, who is personally known to me or whose identity I proved on the basis of FL DL P625-010-93-36F-9 and being duly sworn, averred that, being duly authorized, (s)he executed the foregoing Assignment as the free act and deed of said corporation for the uses and purposes set forth.

NOTARY PUBLIC
My Commission expires:

SEAL

DONNA M. GREENE
Notary Public - State of Florida
My Commission Expires Nov 7, 2008
Commission # DD 367647
Bonded By National Notary Assn.

# EXHIBIT E

DEC-01-2008 12:09 AM                                                          P.01

Nina T Parkinson
9014 Ashcroft Avenue
West Hollywood, CA 90048

December 1st, 2008

David Leib
Robanda International
San Diego, CA

Use of Marilyn Trademark; US Registration # 2,723,910

Dear Mr Leib,

This letter will authorize you to have the complete and free use of the Marilyn® trademark for a period of 5 years from this date without compensation or consideration paid to me as its registered owner.

You have purchased the inventory and goodwill of the Marilyn brand from Camelot and entered into an arrangement to use the services of Tony Parkinson for a period of 5 years from this date under which he is compensated at the rate of 10% of Net Invoice payable quarterly. Upon the final payment made to Mr. Parkinson, I will immediately assign and transfer the trademark to Robanda.

During the 5 year period precedent to your ownership of the mark, I will expect that you will maintain proper control over the products on which this mark is used in regards to quality and efficacy. The brand can never be considered anything but a first class product with high integrity and "customer is always right" support. In order to fulfill these requirements, you will provide me with samples for review every 6 months so that I may verify the manner in which the mark is used and the quality of the product on which it is affixed.

The mark maybe used on any and all products in the beauty field, although it is incumbent upon you to provide prototypes and promotional information on any new products for my review and comment prior to release. If something is in bad taste I reserve the right to make this known and expect that you will take the appropriate corrective action.

You have my full trust and endorsement and I look forward to seeing the brand expand both geographically as well as physically.

Yours faithfully,

Nina T Parkinson

# EXHIBIT F



INTERNATIONAL, Inc.

# Robanda

## One company for all your beauty needs

### Navigation

- Home
- About
- Dist. Brands
- Store
  - Products
  - View Cart
  - Checkout
- Press
- Contact

Search??? 🔍

### The Marilyn Brush

Marilyn® is the name that has redefined the art of hair brushing. Proud to be the first brand on the market to introduce the distinguished hour glass design; which is only one of the key differences that makes Marilyn® Brush a leader in the industry. Designed specifically with the professional stylist in mind, the Marilyn® Brush hourglass bristling area adapts perfectly to the shape of the head allowing for more contact and control! The Marilyn® Brush is designed to assist in eliminating carpel tunnel syndrome with a simple 1/4 turn of the brush, the hair locks into place.

For more information or to purchase products, please visit: www.themarilynbrush.com



The Marilyn Brush

← ProRituals
Tropical Shine →

## For customer service or general Robanda inquiries, contact us at:

**Robanda International**
1245 Knoxville Street
San Diego, California, 92110 USA

**US Toll Free:** +1 800 783 9969
**Telephone:** +1 619 276 7660
**FAX:** +1 619 276 7661
**E-mail:** sales@robanda.com

For press/media inquires, please contact **Casey Sorrell**, Public Relations at casey@robanda.com or
(619) 276-7660

Robanda                                                                                                    9/20/13 10:19 AM

## Lip Treatments
by Robanda

Robanda Lip Treatments are formulated with powerful ingredients to help protect and moisturize lips all day. Robanda Lip Treatments come in two formulas, Tea Tree and Aloe. Tea Tree Lip Treatment contains tea tree oil and anti-oxidants C and E, which work to heel chapped lips and brighten and protect the lips. Aloe Lip Treatment [...]

- ## Tweed

*Tweed*

A distinctive, classic fragrance with fresh green top notes of bergamot, lavender and geranium, floral middle notes of narcissi, carnation and jasmine and a woody base of vetiver and patchouli. Tweed is a distinguished fragrance for the mature and sophisticated consumer and has a loyal consumer base around the world. Tweed products can be purchased [...]

- ## Mood Lips



Robanda Mood Lips change color depending on your lip chemistry. They condition lips and will not smudge or rub off. Contains antioxidant Vitamins A, C, & E and Aloe Vera for moisture and protection. Each fun and flirty shade provides a full 12 hours of lip color. Mood Lips are available as individual pieces or [...]

- ## Robanda Anti-Aging Skin Care



Robanda chemists searched the world for the most pure and active natural ingredients, and developed cosmeceutical products with unique cutting edge formulas. All Robanda Anti-Aging Skin Care products are formulated and tested to be suitable on all skin types (including sensitive skin) without animal testing. Our Anti-Aging Hand Cream was voted "Best Hand Treatment in [...]

- ## (re)FRESH Dry Shampoo

re FRESH

Launched with two unique scents, (re)FRESH was designed with the professional in mind and with the ease of use for all customers. The lightweight formula turns lifeless, flat hair into clean looking and smelling with a quick spray all over the scalp. Both scents come out of the can clear, great for dark hair or [...]

- ## Dissolve

Robanda                                                                                    9/20/13 10:19 AM



Dissolve was formulated to combat sticky styling resins, particularly those found in aerosol hair sprays, which solidify when they dry – making them nearly impossible to clean! Dissolve re-liquefies hair spray, hair color and styling product residue on mirrors, styling tools, floors and other surfaces so they can be easily wiped away. Dissolve cleaning products [...]

## Subscribe

Subscribe to our e-mail newsletter to receive updates.

[E-mail _____]  [Submit]

## Bodyography on Twitter

Magical Mushrooms : With anti-inflammatory properties, mushrooms can help improve acne, rosacea and eczema. They... http://t.co/chu3jWzwPv 14 hours ago

@lindseynben23 We offer both gluten free and vegan makeup options- look for the 'GF' on our online catalog: http://t.co/VwqTyxqO9u 17 hours ago

@BeautyBlitz if you want to try other vegan & gluten free makeup, we offer LOTS of options! http://t.co/VwqTyxqO9u 17 hours ago

<u>Follow Bodyography on Twitter</u>

## The Marilyn Brush on Twitter

Check out the list of tools for Straight Hair from http://t.co/plEfbCny9g's Kristen Ess - we spy our Teasing... http://t.co/TSoXi7iZFc 2 days ago

RT @Karolastyle: Without @T3Micro, @TheMarilynBrush @Bumble @ProRituals the hair on #TheMortalInstruments would not of been possible. @Dawn... 29 days ago retweeted via Karolastyle

RT @Karolastyle: Thanks to our great suppliers on #TMImovie @T3Micro @Bumble @TheMarilynBrush @ProRituals who's products made the #hair shin... 29 days ago retweeted via Karolastyle

<u>Follow TheMarilynBrush on Twitter</u>

*One company for all your beauty needs*
©2012 Robanda International, Inc. All rights reserved.



Inc

- <u>Privacy Policy</u>
- <u>Terms and Conditions</u>



**INTERNATIONAL, Inc.**

# Robanda

## One company for all your beauty needs

Navigation

- Home
- About
- Dist. Brands
- Store
  - Products
  - View Cart
  - Checkout
- Press
- Contact

Search???

1. 1
2. 2
3. 3
4. 4
5. 5
6. 6
7. 7
8. 8

- Previous
- Next



**A diversified beauty products manufacturer, covering the beauty industry from head to toe**

## Distributed Brands

If you would like to become a distributor, please contact us:

US Toll Free: (800) 783-9969
Telephone: (619) 276-7660
Fax: (619) 276-7661
E-mail: sales@robanda.com

View all of our brands

- ### Bodyography Professional Cosmetics

**bodyography™**
PROFESSIONAL COSMETICS

NEW: Finished with Zip Lip lip products are innovative, fun and colorful.

Since it's founding in the early '90s, Bodyography Professional Cosmetics has become a leading source of products for some of today's biggest names in makeup artistry. Launching with a line of 24 lipsticks, Bodyography quickly became a favorite in beauty salons, and a well-kept secret among Hollywood's top celebrity makeup artists. Today the line has [...]

- ### ProRituals

**PRORITUALS**

ProRituals by Jingles is an eco-friendly stylistically advanced hair care and color line that features paraben and sulfate-free formulas that deliver superior results. Inspired by nature and driven by fashion, ProRituals boasts a full wet line and color line that covers gray like no other.  ProRituals hair color is the only color known for patented [...]

- **The Marilyn Brush**



Marilyn® is the name that has redefined the art of hair brushing. Proud to be the first brand on the market to introduce the distinguished hour glass design; which is only one of the key differences that makes Marilyn® Brush a leader in the industry. Designed specifically with the professional stylist in mind, the Marilyn® [...]

- **Tropical Shine**



Home to the finest nail files in the world, Tropical Shine has been producing high quality, made in the USA nail care products to the professional industry for over 25 years. The use of highest quality materials within the manufacturing process increases the long-lasting value of a Tropical Shine nail file. As a leader in [...]

- **Mr.Pumice**



Know internationally as the 'World's Finest Quality' pedicure products available. The innovative line of colorful, fun products is a leader in the pedicure and beauty industry. All Mr. Pumice products are anti-bacterial, washable, and reusable. In 2006, Callus Terminator was added to the Mr. Pumice line and since then has rapidly gained market share in [...]

- **Omega Labs USA**



From its simple beginnings 6 years ago, FUNGUS TREATMENT from OmegaLabs USA was created to provide the best treatment of fungus, giving both the distributor and nail tech options in nail care treatment.  Since then, OmegaLabs USA has grown from fungus treatment to nail growth, nail polish, nail art, nail glue and acrylic supplies. OmegaLabs [...]

- **Fade Out**



The Fade Out product line specializes in creams to restore and maintain a beautiful, radiant, and even skin tone using active natural ingredients. Fade Out products are clinically proven to brighten and even skin tone in just 4 weeks. Fade Out was specifically developed for aging skin (to help with sun spots and age spots), [...]

  - **Lip Treatments**

**Interested in becoming a distributor for any of the Robanda Brands?** Please contact the customer service team directly.

## Subscribe

Subscribe to our e-mail newsletter to receive updates.

| E-mail | Submit |

## Bodyography on Twitter

Magical Mushrooms : With anti-inflammatory properties, mushrooms can help improve acne, rosacea and eczema. They... http://t.co/chu3jWzwPv 14 hours ago

@lindseynben23 We offer both gluten free and vegan makeup options- look for the 'GF' on our online catalog: http://t.co/VwqTyxqO9u 17 hours ago

@BeautyBlitz if you want to try other vegan & gluten free makeup, we offer LOTS of options! http://t.co/VwqTyxqO9u 17 hours ago

Follow Bodyography on Twitter

## The Marilyn Brush on Twitter

Check out the list of tools for Straight Hair from http://t.co/plFfbCny9g's Kristen Ess - we spy our Teasing... http://t.co/TSoXi7iZFc 2 days ago

RT @Karolastyle: Without @T3Micro, @TheMarilynBrush @Bumble @ProRituals the hair on #TheMortalInstruments would not of been possible. @Dawn... 29 days ago retweeted via Karolastyle

RT @Karolastyle: Thanks to our great suppliers on#TMImovie @T3Micro @Bumble @TheMarilynBrush @ProRituals who's products made the #hair shin... 29 days ago retweeted via Karolastyle

Follow TheMarilynBrush on Twitter

*One company for all your beauty needs*
©2012 Robanda International, Inc. All rights reserved.



free

- Privacy Policy

The Marilyn Brush | Robanda                                                                    9/20/13 10:19 AM

- <u>Terms and Conditions</u>



View Your Cart  |  Checkout  |  Log In  or  Register

HOME   STORE   NEWS   FANS   PROMOS   BRUSH CARE   FAQ   CONTACT US



**Winner**
STYLISTS
CHOICE
AWARDS

## LATEST NEWS

### Marilyn Brush at Cosmoprof North America

Come see Marilyn Brush at the upcoming Cosmoprof North America trade show, July 14th – 16th in Las Vegas, NV

### Now Available: Hot Flash

New ceramic coated aluminum barrel brushes — the Hot Flash.

### Cosmoprof - Las Vegas

July 18th - July 20th
Amazing Las Vegas event!

### Premiere Orlando Show - Florida

June 4th - June 7th
This will be one awesome event!

## TESTIMONIALS

"I love to use the Marilyn Brush products because you can just tell they are of good quality and they work easily and effectively when I need to untangle my hair."

Love,
JWOWW
*The Jersey Shore on MTV*

# WELCOME TO THE MARILYN BRUSH

Marilyn® is the name that has redefined the art of hair brushing. Proud to be the first brand on the market to introduce the distinguished hour glass design; which is only one of the key differences that makes Marilyn® Brush a leader in the industry.

Designed specifically with the professional stylist in mind, the Marilyn® Brush hourglass bristling area adapts perfectly to the shape of the head allowing for more contact and control! The Marilyn® Brush is designed to assist in eliminating carpel tunnel syndrome with a simple 1/4 turn of the brush, the hair locks into place.

Let Marilyn® do the work for you—*NO MORE WINDING!*

| Products | How To | Contact Us |
|---|---|---|
|  Learn More about our full line of products. |  Tips and Tricks to use everyday |  Contact us for any questions, concerns, or comments |

Welcome to the Marilyn Brush ~ Home | The Marilyn Brush

9/20/13 10:19 AM

Home :: Store :: News :: Fans :: Promos :: FAQ :: Contact Us :: Login

## SUBSCRIBE TO OUR MAILING LIST



email address          Subscribe

Privacy Policy | Terms and Conditions
Copyright © 2010 The Marilyn Brush | All Rights Reserved

Powered by KeenEyeMedia



View Your Cart  |  Checkout  |  Log In  or  Register

HOME   STORE   NEWS   FANS   PROMOS   BRUSH CARE   FAQ   CONTACT US



## LATEST NEWS

**Marilyn Brush at Cosmoprof North America**

Come see Marilyn Brush at the upcoming Cosmprof North America trade show, July 14th – 16th in Las Vegas, NV.

**Now Available: Hot Flash**

New ceramic coated aluminum barrel brushes — the Hot Flash.

**Cosmoprof - Las Vegas**

July 18th - July 20th
Amazing Las Vegas event!

**Premiere Orlando Show - Florida**

June 4th - June 7th
This will be one awesome event!

## TESTIMONIALS

"I am drawn to the Oval Pro because I love the shape, the non-slip handle and weight of the brush allow me to get a silky - full finish to the hair."

Lynn Tully Hair
Department Head, *American Idol*

# FREQUENTLY ASKED QUESTIONS

Where to buy a Marilyn® Brush?

Why choose a Marilyn® Brush?

How is a Marilyn® Brush different?

Why is the hourglass shape important?

Why boar bristle?

What is it about ceramic that makes hair look fabulous?

How do I measure the size of a brush?

Which brush do I use to create volume?

Which brush should I use to straighten my hair?

Why does every Marilyn® Brush have a foam handle?

What is the Marilyn® Brush return policy?

## WHERE TO BUY A MARILYN® BRUSH?

Marilyn® Brushes can be found nationwide at fine salons, spas and beauty supply stores. If you can't find a Marilyn® Brush in your area then click here.

All beauty supply retailers that want to sell Marilyn® Brushes please call (800) 783-9969.

## WHY CHOOSE A MARILYN® BRUSH?

The Marilyn® Brush is the original hourglass shaped brush designed to minimize styling time and give people more freedom in styling their hair.

A Marilyn® Brush is innovation by design with the first and only successful advanced hourglass design using exceptional quality and natural boar bristles with a unique bristling pattern.

## HOW IS A MARILYN® BRUSH DIFFERENT?

A Marilyn® Brush is the true original hourglass shaped brush that uses only the finest materials including true ceramic barrels and natural boar bristles.

## WHY IS THE HOURGLASS SHAPE IMPORTANT?

The original hourglass shape in a Marilyn® Brush grabs the hair and keeps it on the brush so you don't have to continually pull at the hair to seal the cuticle.

## WHY BOAR BRISTLE?

A boar bristle brush sleeks and smoothes the hair and increases the shine. Natural boar bristle and 'C-cut' boar bristle which is the best cut of the bristle are only what are used in the creation of a Marilyn® Brush. The C-cut boar bristle brush distributes the hairs natural oils and seals the cuticle to promote healthy hair.

## WHAT IS IT ABOUT CERAMIC THAT MAKES HAIR LOOK FABULOUS?

A ceramic brush evenly distributes heat from the dryer and protects the hair while creating fabulous style. A ceramic brush holds heat at 180 degrees for up to 10 minutes.

## HOW DO I MEASURE THE SIZE OF A BRUSH?

Marilyn® brushes come in numerous sizes and are designed for different hair types and lengths. The size of a brush can be measured by placing a ruler at the top of a brush and the length from bristle end to bristle end is the size of your brush.

## WHICH BRUSH DO I USE TO CREATE VOLUME?

The best brush for creating volume is the Tuxedo Pro which is also the best selling brush within the line. The bristles on the Tuxedo Brush are angled to the barrel for added volume.

## WHICH BRUSH SHOULD I USE TO STRAIGHTEN MY HAIR?

The Double S Pro is designed to straighten hair and seal the cuticle which results in smooth sleek hair. The Double S Pro features 100% reinforced boar bristle to distribute sebum on the hair and the bristles are perpendicular to the barrel for straightening.

## WHY DOES EVERY MARILYN® BRUSH HAVE A FOAM HANDLE?

The Marilyn® Brush is ergonomically designed with a foam handle to give stylists and home users the best experience possible.The brush stays in your hand absolutely no slipping from wet hands. Foam handle creates a firm ergonomic grip.

## WHAT IS THE MARILYN® BRUSH RETURN POLICY?

RETURN POLICY:  Products remain the property of Robanda International, Inc. until fully paid for.  All damages/shortages MUST be reported within 48 hours of receipt of goods.  Returns must be approved by our Corporate Office, where upon an RA # is given and a 20% restocking fee will be charged, freight is payable by customer.  Unless, goods are defective/damaged upon receipt, restocking fee/freight charges will be waived.

---

Home :: Store :: News :: Fans :: Promos :: FAQ :: Contact Us :: Login

Privacy Policy | Terms and Conditions

Copyright © 2010 The Marilyn Brush | All Rights Reserved

### SUBSCRIBE TO OUR MAILING LIST

| email address | Subscribe |

Powered by KeenEyeMedia



View Your Cart  ¡  Checkout  |  Log In  or  Register

HOME   STORE   NEWS   FANS   PROMOS   BRUSH CARE   FAQ   CONTACT US



*Winner*
**STYLISTS
CHOICE
AWARDS**

## LATEST NEWS

**Marilyn Brush at
Cosmoprof North America**

Come see Marilyn Brush at the
upcoming Cosmoprof North America
trade show, July 14th – 16th in Las
Vegas, NV.

**Now Available: Hot Flash**

New ceramic coated aluminum barrel
brushes — the Hot Flash.

**Cosmoprof - Las Vegas**
July 18th - July 20th
Amazing Las Vegas event!!

**Premiere Orlando Show -
Florida**
June 4th - June 7th
This will be one awesome event!

## TESTIMONIALS

"I am drawn to the Ovali Pro because I love
the shape, the non-slip handle and weight
of the brush allow me to get a silky - full
finish to the hair."

Lynn Tully Hair
Department Head, *American Idol*

# FREQUENTLY ASKED QUESTIONS

Where to buy a Marilyn® Brush?

Why choose a Marilyn® Brush?

How is a Marilyn® Brush different?

Why is the hourglass shape important?

Why boar bristle?

What is it about ceramic that makes hair look fabulous?

How do I measure the size of a brush?

Which brush do I use to create volume?

Which brush should I use to straighten my hair?

Why does every Marilyn® Brush have a foam handle?

What is the Marilyn® Brush return policy?

## WHERE TO BUY A MARILYN® BRUSH?

Marilyn® Brushes can be found nationwide at fine salons, spas and beauty supply stores. If you can't find a
Marilyn® Brush in your area then click here.

All beauty supply retailers that want to sell Marilyn® Brushes please call (800) 783-9969.

## WHY CHOOSE A MARILYN® BRUSH?

The Marilyn® Brush is the original hourglass shaped brush designed to minimize styling time and give people
more freedom in styling their hair.

A Marilyn® Brush is innovation by design with the first and only successful advanced hourglass design using exceptional quality and natural boar bristles with a unique bristling pattern.

## HOW IS A MARILYN® BRUSH DIFFERENT?

A Marilyn® Brush is the true original hourglass shaped brush that uses only the finest materials including true ceramic barrels and natural boar bristles.

## WHY IS THE HOURGLASS SHAPE IMPORTANT?

The original hourglass shape in a Marilyn® Brush grabs the hair and keeps it on the brush so you don't have to continually pull at the hair to seal the cuticle.

## WHY BOAR BRISTLE?

A boar bristle brush sleeks and smoothes the hair and increases the shine. Natural boar bristle and 'C-cut' boar bristle which is the best cut of the bristle are only what are used in the creation of a Marilyn® Brush. The C-cut boar bristle brush distributes the hairs natural oils and seals the cuticle to promote healthy hair.

## WHAT IS IT ABOUT CERAMIC THAT MAKES HAIR LOOK FABULOUS?

A ceramic brush evenly distributes heat from the dryer and protects the hair while creating fabulous style. A ceramic brush holds heat at 180 degrees for up to 10 minutes.

## HOW DO I MEASURE THE SIZE OF A BRUSH?

Marilyn® brushes come in numerous sizes and are designed for different hair types and lengths. The size of a brush can be measured by placing a ruler at the top of a brush and the length from bristle end to bristle end is the size of your brush.

## WHICH BRUSH DO I USE TO CREATE VOLUME?

The best brush for creating volume is the Tuxedo Pro which is also the best selling brush within the line. The bristles on the Tuxedo Brush are angled to the barrel for added volume.

## WHICH BRUSH SHOULD I USE TO STRAIGHTEN MY HAIR?

The Double S Pro is designed to straighten hair and seal the cuticle which results in smooth sleek hair. The Double S Pro features 100% reinforced boar bristle to distribute sebum on the hair and the bristles are perpendicular to the barrel for straightening.

## WHY DOES EVERY MARILYN® BRUSH HAVE A FOAM HANDLE?

The Marilyn® Brush is ergonomically designed with a foam handle to give stylists and home users the best experience possible.The brush stays in your hand absolutely no slipping from wet hands. Foam handle creates a firm ergonomic grip.

## WHAT IS THE MARILYN® BRUSH RETURN POLICY?

RETURN POLICY:  Products remain the property of Robanda International, Inc. until fully paid for.  All damages/shortages MUST be reported within 48 hours of receipt of goods.  Returns must be approved by our Corporate Office, where upon an RA # is given and a 20% restocking fee will be charged, freight is payable by customer.  Unless, goods are defective/damaged upon receipt, restocking fee/freight charges will be waived.

---

Home :: Store :: News :: Fans :: Promos :: FAQ :: Contact Us :: Login

Privacy Policy | Terms and Conditions
Copyright © 2010 The Marilyn Brush | All Rights Reserved

### SUBSCRIBE TO OUR MAILING LIST

email address          Subscribe

Powered by KeenEyeMedia



INTERNATIONAL, Inc.

# Robanda

## One company for all your beauty needs

### Navigation

- Home
- About
- Dist. Brands
- Store
  - Products
  - View Cart
  - Checkout
- Press
- Contact

Search???

**The Marilyn Brush**

Marilyn® is the name that has redefined the art of hair brushing. Proud to be the first brand on the market to introduce the distinguished hour glass design; which is only one of the key differences that makes Marilyn® Brush a leader in the industry. Designed specifically with the professional stylist in mind, the Marilyn® Brush hourglass bristling area adapts perfectly to the shape of the head allowing for more contact and control! The Marilyn® Brush is designed to assist in eliminating carpel tunnel syndrome with a simple 1/4 turn of the brush, the hair locks into place.

For more information or to purchase products, please visit: www.themarilynbrush.com



The Marilyn Brush

⟵ ProRituals
Tropical Shine ⟶

## For customer service or general Robanda inquiries, contact us at:

**Robanda International**
1245 Knoxville Street
San Diego, California, 92110 USA

**US Toll Free:** +1 800 783 9969
**Telephone:** +1 619 276 7660
**FAX:** +1 619 276 7661
**E-mail:** sales@robanda.com

For press/media inquires, please contact **Casey Sorrell**, Public Relations at casey@robanda.com or
(619) 276-7660

**Interested in becoming a distributor for any of the Robanda Brands?** Please contact the customer
service team directly.

## Subscribe

Subscribe to our e-mail newsletter to receive updates.

| E-mail | Submit |

## Bodyography on Twitter

Magical Mushrooms : With anti-inflammatory properties, mushrooms can help improve acne, rosacea and eczema. They... http://t.co/chu3jWzwPv 3 hours ago

@lindseynben23 We offer both gluten free and vegan makeup options- look for the 'GF' on our online catalog: http://t.co/VwqTyxqO9u 13 mins ago

@BeautyBlitz if you want to try other vegan & gluten free makeup, we offer LOTS of options! http://t.co/VwqTyxqO9u 15 mins ago

Follow Bodyography on Twitter

## The Marilyn Brush on Twitter

Check out the list of tools for Straight Hair from http://t.co/pIFfbCny9g's Kristen Ess - we spy our Teasing... http://t.co/TSoXi7iZFc 2 days ago

RT @Karolastyle: Without @T3Micro, @TheMarilynBrush @Bumble @ProRituals the hair on #TheMortalInstruments would not of been possible. @Dawn... 28 days ago retweeted via Karolastyle

RT @Karolastyle: Thanks to our great suppliers on#TMImovie @T3Micro @Bumble @TheMarilynBrush @ProRituals who's products made the #hair shin... 28 days ago retweeted via Karolastyle

Follow TheMarilynBrush on Twitter

*One company for all your beauty needs*
©2012 Robanda International, Inc. All rights reserved.



free

- Privacy Policy
- Terms and Conditions

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____Manuel L. Real_____ and the assigned Magistrate Judge is _____Andrew J. Wistrich_____ .

The case number on all documents filed with the Court should read as follows:

### 2:13-CV-7029-R (AJWx)

Unless otherwise ordered, the United States District Judge assigned to this case will hear and determine all discovery related motions.

Clerk, U. S. District Court

_____September 23, 2013_____
Date

By  MDAVIS _____
Deputy Clerk

---

## NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| | | |
|---|---|---|
| [x] Western Division<br>312 N. Spring Street, G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Ste 1053<br>Santa Ana, CA 92701 | [ ] Eastern Division<br>3470 Twelfth Street, Room 134<br>Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

CV-18 (08/13)                    NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

Name & Address:
R. Joseph Trojan, CA Bar 137,067
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Tel (310) 777-8399 trojan@trojanlawoffices.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

NINA PARKINSON, an individual

PLAINTIFF(S)

v.

ROBANDA INTERNATIONAL, INC., a California
Corporation,

DEFENDANT(S).

CASE NUMBER

**CV13-07029-R(AJWx)**

**SUMMONS**

TO:    DEFENDANT(S):

    A lawsuit has been filed against you.

    Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, _R. Joseph Trojan_____, whose address is _Trojan Law Offices, 9250 Wilshire Blvd., Ste. 325, Beverly Hills_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _SEP 2 3 2013_

By: _MARILYN DAVIS_____

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
NINA PARKINSON, an individual

**DEFENDANTS**
ROBANDA INTERNATIONAL, INC., a California Corporation,

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

R. Joseph Trojan, CA Bar 137,067, TROJAN LAW OFFICES, 9250 Wilshire Blvd., Suite 325, Beverly Hills, CA 90212, Tel (310) 777-8399

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☑ **MONEY DEMANDED IN COMPLAINT:** $ To be determined

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Trademark Infringement and Unfair Competition

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☑ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **REAL PROPERTY** | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | **IMMIGRATION** | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

# CV13-07029

**FOR OFFICE USE ONLY:**   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                CIVIL COVER SHEET                Page 1 of 2



# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | San Diego |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

***** Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X.   SIGNATURE OF ATTORNEY (OR PRO PER): ~~~~~~~~~~~~~~~~~~   Date  9/23/2013

Notice to Counsel/Parties:   The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |