# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

CASE NO.: CV-13-7029-R               Date: NOV. 25, 2013

TITLE: NINA PARKINSON V. ROBANDA INT'L INC
================================================================
PRESENT:

### HON. MANUEL L. REAL, JUDGE

| William Horrell | Lisa Gonzales |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

   R Joseph Trojan                                    David Mayes


PROCEEDINGS: Defendant's motion to dismiss (10-11-13)


The parties submit on their papers as filed.

The Court GRANTS defendant's motion, with prejudice, for reasons as stated on the record.

Defendant shall submit a proposed order.


                                                                                5 min

MINUTES FORM 90                                    Initials of Deputy Clerk   WH
CIVIL -- GEN