Jonathan G. Gabriel, Esq., SBN 140381
Gary K. Salomons, Esq. SBN 126280
Jeffrey Alpert, Esq., SBN 165997
David S. Mayes, Esq., SBN 207173
GABRIELSALOMONS, LLP
16311 Ventura Blvd., Ste. 970
Encino, California 91436
Telephone: (818) 906-3700
Facsimile: (818) 906-2142

Attorneys for Plaintiff, ROBANDA INTERNATIONAL, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA PARKINSON, an individual; | CASE NO. CV13-07029 |
| Plaintiff, | **ORDER RE ROBANDA INTERNATIONAL, INC.'S MOTION** |
| v. | **1. TO DISMISS FOR FAILURE TO STATE A CLAIM** |
| ROBANDA INTERNATIONAL, INC., a California Corporation; and DOES 1-20, inclusive. | **2. TO DISMISS FOR FAILURE TO JOIN A NECESSARY PARTY.** |
| Defendants. | Date: November 25, 2013<br>Time: 10:00 a.m.<br>Ctrm: 8 |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT AND THE PARTIES OF RECORD

-1-
[PROPOSED] ORDER RE: ROBANDA'S MOTION TO DISMISS
FOR FAILURE TO STATE A CLAIM

**ORDER GRANTING DEFENDANT ROBANDA INTERNATIONAL, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Defendant Robanda International, Inc.'s Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim and Failure to Join a Necessary Party came on calendar for hearing on September 25, 2013. David S. Mayes, Esq., appeared for Defendant and moving party Robanda International, Inc. and R. Joseph Trojan, Esq. appeared for Nina Parkinson.

The Court, after having reviewed the Moving, Opposition and Reply papers and after a hearing on the matter in open court, hereby ORDERS and ADJUDGES as follows:

1. Defendant's Motion to Dismiss is GRANTED.

2. Plaintiff's Complaint is dismissed in its entirety, with prejudice, for the reasons stated on the record.

DONE and ORDERED in Los Angeles, California, this 27th day of December, 2013.

_____
MANUEL REAL
U.S. DISTRICT JUDGE

GABRIEL SALOMONS LLP
16311 Ventura Blvd., Ste. 970
Encino, CA 91436

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
COUNTY OF LOS ANGELES  )   ss.:
                                            )
                                            )

*NINA PARKINSON v. ROBANDA INTERNATIONAL, INC.*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 16311 Ventura Blvd., Suite 970, Encino, CA 91436.

On December 5, 2013, I served the within document(s) described as:

**MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM
AND FAILURE TO JOIN A NECESSARY PARTY**

On the interested parties in this action as stated below:

**R. Joseph Trojan
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 235
Beverly Hills, CA 90212
Tel: 310-777-8399
Fax: 310-777-8348
Trojan@trojanlawoffices.com**

 XXX (CM/ECF) Pursuant to the United States District Court Procedural Rules for Electronic Case Filing and the Case Management/Electronic Case Filing Rules, I electronically served the above-listed documents on the parties shown above for the above-entitled case, as listed above.

Executed on December 5, 2013, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

```
    David S. Mayes
  (Type or print name)                              (Signature)
```

GABRIEL SALOMONS LLP
16311 Ventura Blvd., Ste. 970
Encino, CA 91436